IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ANTHONY BOATWRIGHT
a minor child, by and through his
mother and legal guardian, Jacqueline
Boatwright,

   Plaintiff,

    v.

CLYDE L. REESE, III
in his official capacity as
Commissioner of the Georgia
Department of Community Health, et
al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:10-CV-2237-TWT

ORDER

This is an action for Medicaid benefits. It is before the Court on the Plaintiff's Motion for to Consolidate Cases [Doc. 4] which is DENIED for now.

SO ORDERED, this 13 day of August, 2010.

                        /s/Thomas W. Thrash
                        THOMAS W. THRASH, JR.
                        United States District Judge